# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/22/13

April 19, 2013     **MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated: April 19, 2013

BY FACSIMILE (212) 805-7986

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:  *Special Situations Fund III QP, L.P., et al. v. Deloitte Touche Tohmatsu CPA, Ltd., et al.*, No. 13-cv-1094 (S.D.N.Y.)

Dear Judge Gardephe:

Pursuant to Rule 1(E) of Your Honor's Individual Practices, we write on behalf of defendant Deloitte & Touche LLP ("Deloitte U.S.") to request an extension of the time for Deloitte U.S. to file an answer or otherwise respond to the First Amended Complaint from the current deadline of April 26, 2013 to June 7, 2013. The requested extension is necessary because Deloitte U.S.'s lead attorney is currently out of state on a trial that is likely to continue into May. This is Deloitte U.S.'s first request for an extension. Counsel for plaintiffs has consented to the requested extension.

We thank the Court for its consideration of this request.

Very truly yours,

*[signature]*

Savvas A. Foukas

cc:  Amiad Kushner, Esq. (by email and fax)
     Sheila A. Sadighi, Esq. (by email and fax)
     Lawrence M. Rolnick, Esq. (by email and fax)

New York ■ Washington, D.C. ■ Los Angeles ■ Miami ■ Jersey City ■ Kansas City ■ Paris ■ Tokyo