# Lowenstein Sandler LLP

Sheila A. Sadighi
Partner

1251 Avenue of the Americas
New York, NY 10020
T 973 597 6218
F 973 597 6219
ssadighi@lowenstein.com

August 1, 2014

The application is ✓ granted.
___ denied.

_[signature]_
Edgardo Ramos, U.S.D.J.
Dated: 8/1/2014
New York, New York 10007

VIA FAX (212-805-7943)

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *Special Situations Fund III QP, L.P., et al. v. Deloitte Touche Tohmatsu CPA, Ltd., et al.*
No. 13-cv-1094

Dear Judge Ramos,

We represent Plaintiffs in the above-referenced matter. On July 21, 2014, this Court issued an Order granting the motions to dismiss of Defendants Defendant Deloitte Touche Tohmatsu CPA, Ltd. And Deloitte & Touche LLP without prejudice, and permitting Plaintiffs to file a motion for leave to amend their complaint within twenty (20) days. We write with the consent of Defendants to respectfully request a 10-day extension of time to file that motion. In addition, should it please the Court, the parties have conferred and agreed upon a proposed briefing schedule for the Court's consideration for the anticipated motion as follows: Plaintiffs will file their motion for leave to amend by Monday, August 18, 2014; Defendants will file their oppositions by Wednesday, September 17, 2014; and Plaintiffs will file their replies by Wednesday, October 1, 2014.

The parties respectfully request that the Court approve the proposed briefing schedule. We thank the Court for its attention and consideration.

Respectfully submitted,

_[signature]_ Sheila A. Sadighi/jut

Sheila A. Sadighi
*admitted pro hac vice*

cc: Counsel of record (via E-mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/1/2014

New York   Palo Alto   Roseland

www.lowenstein.com