# Lowenstein Sandler LLP

**Sheila A. Sadighi**
Partner

1251 Avenue of the Americas
New York, NY 10020
T  973 597 6218
F  973 597 6219
ssadighi@lowenstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _8/14/2014_

August 14, 2014

The application is ___✓ granted.
                    ___ denied.

Edgardo Ramos, U.S.D.J.
Dated: __8/14/14__
New York, New York 10007

**VIA FAX (212-805-7943)**

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *Special Situations Fund III QP, L.P., et al. v. Deloitte Touche Tohmatsu CPA, Ltd., et al.*
      No. 13-cv-1094

Dear Judge Ramos,

        We represent Plaintiffs in the above-referenced matter.  On July 21, 2014, this Court issued an Order granting the motions to dismiss of Defendants Defendant Deloitte Touche Tohmatsu CPA, Ltd. And Deloitte & Touche LLP without prejudice, and permitting Plaintiffs to file a motion for leave to amend their complaint within twenty (20) days.  On August 1, 2014, we wrote with the consent of Defendants to respectfully request (i) a 10-day extension of time to file that motion, and (ii) that the Court approve the following briefing schedule jointly proposed by the parties: Plaintiffs to file their motion for leave to amend by Monday, August 18, 2014; Defendants to file their oppositions by Wednesday, September 17, 2014; and Plaintiffs to file their replies by Wednesday, October 1, 2014. On Monday, August 4, 2014, the Court endorsed the parties' request and granted the application for approval of the proposed briefing schedule.

        We now write again with the consent of all joined parties, to respectfully request a second extension of one week for Plaintiffs to file their motion, and an additional one week extension of time for Defendants to file their opposition.  The parties make this second request as a courtesy accommodation to the attorneys' schedules.  As a result, the parties respectfully request that the Court approve the following proposed revised briefing schedule:

Plaintiffs will file their motion for leave to amend by Monday, August 25, 2014; Defendants will file their oppositions by Wednesday, October 1, 2014; and Plaintiffs will file their replies by Wednesday, October 15, 2014.

There are no other scheduled dates in this case that would be affected by this request.

# Lowenstein
# Sandler LLP

The Honorable Edgardo Ramos                                   August 14, 2014
Page 2

       We thank the Court in advance for its attention and consideration.

Respectfully submitted,

*[signature]*

Sheila A. Sadighi
*admitted pro hac vice*

cc:    Counsel of record (via E-mail)