UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SPECIAL SITUATIONS FUND III QP, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
COLUMBIA PACIFIC OPPORTUNITY FUND,
L.P.; FIR TREE VALUE MASTER FUND, L.P.;
FIR TREE CAPITAL OPPORTUNITY MASTER
FUND, L.P.; LAKE UNION CAPITAL FUND
L.P.; LAKE UNION CAPITAL TE FUND L.P.;
ASHFORD CAPITAL MANAGEMENT, INC.; ZS
EDU L.P.; MRMP MANAGERS LLC; WHI
GROWTH FUND QP, LP; DOUGLAS N.
WOODRUM; ROBERT A. HORNE; HOWARD S.
BERL; BRIGHTLIGHT CAPITAL PARTNERS
LP; and TORTUS CAPITAL MASTER FUND, LP,

        Plaintiffs,

        v.

DELOITTE TOUCHE TOHMATSU CPA, LTD.;
DELOITTE & TOUCHE LLP; ANTONIO SENA;
JUSTIN TANG; YIN JIANPING; RICHARD XUE;
MICHAEL SANTOS, JOHN AND JANE DOES 1-
10; and ABC CORPS. 1-10,

        Defendants.
------------------------------------------------------------------x

No. 1:13-cv-01094 (ER)

## DECLARATION OF SHEILA SADIGHI

Sheila Sadighi, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am a partner with the firm Lowenstein Sandler LLP, attorneys for Plaintiffs, and admitted *pro hac vice* before this Court.

2.    I submit this declaration in support of Plaintiffs' Motion for Leave to File a Second Amended Complaint.

3.	Attached hereto as Exhibit A is a copy of Plaintiffs' proposed Second Amended Complaint and Jury Demand with exhibits.

4.	Attached hereto as Exhibit B is a 'blackline', representing a comparison of Plaintiffs' First Amended Complaint and Jury Demand as compared to Plaintiffs' proposed Second Amended Complaint and Jury Demand (both without exhibits).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2014
	Roseland, New Jersey

_____
Sheila A. Sadighi (*pro hac vice*)