

| SIDLEY AUSTIN LLP | | | |
|---|---|---|---|
| 787 SEVENTH AVENUE | BEIJING | HONG KONG | SHANGHAI |
| NEW YORK, NY 10019 | BOSTON | HOUSTON | SINGAPORE |
| (212) 839 5300 | BRUSSELS | LONDON | SYDNEY |
| (212) 839 5599 FAX | CHICAGO | LOS ANGELES | TOKYO |
| | DALLAS | NEW YORK | WASHINGTON, D.C. |
| | FRANKFURT | PALO ALTO | |
| | GENEVA | SAN FRANCISCO | |

gbendinger@sidley.com
(212) 839 5387

FOUNDED 1866

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/25/2014

**MEMO ENDORSED**

September 25, 2014

By Facsimile ((212) 805-7943)

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 9/25/14
New York, New York 10007

Re: *Special Situations Fund III QP, L.P., et al., v. Deloitte Touche Tohmatsu CPA, Ltd., et al.*, No. 13-cv-01094 (ER)

Dear Judge Ramos:

We represent Defendant Deloitte Touche Tohmatsu CPA, Ltd. ("DTTC") in the above-referenced matter. We write with the consent of all parties to respectfully request that the Court modify the briefing schedule for Plaintiffs' pending motion for leave to file a second amended complaint, Dkt. 47 (the "Motion"), as set forth below.

On July 21, 2014, the Court issued an order granting the motions to dismiss of DTTC and Deloitte & Touche LLP ("Deloitte U.S.") and permitting Plaintiffs to move for leave to amend their complaint. Dkt. 42. Following Plaintiffs' agreed-to requests for extension, the Court previously approved a briefing schedule under which Plaintiffs would file their Motion by August 25, 2014, Defendants would file their oppositions by October 1, 2014; and Plaintiffs would file their replies by October 15, 2014. Dkt. 43-45.

DTTC, with the consent of Plaintiffs and Deloitte U.S., respectfully requests that the Court modify the briefing schedule for Plaintiffs' Motion as follows:

- DTTC and Deloitte U.S. will file their oppositions to the Motion by Wednesday, October 22, 2014;

- Plaintiffs will file their replies by Wednesday, November 12, 2014.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.


SIDLEY AUSTIN LLP

Hon. Edgardo Ramos
September 25, 2014
Page 2

DTTC makes this request as an accommodation to the attorneys' schedules. There are no other scheduled dates in this case that would be affected by this request.

Respectfully submitted,

*Gary Bendinger/LKK*

Gary Bendinger

cc:     Counsel of record