

| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 787 SEVENTH AVENUE | BOSTON | HOUSTON | SHANGHAI |
| NEW YORK, NY 10019 | BRUSSELS | LONDON | SINGAPORE |
| (212) 839 5300 | CHICAGO | LOS ANGELES | SYDNEY |
| (212) 839 5599 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C. |

gbendinger@sidley.com
(212) 839 5387

FOUNDED 1866

October 20, 2014

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 10/20/14
New York, New York 10007

**By Facsimile ((212) 805-7943)**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Special Situations Fund III QP, L.P., et al., v. Deloitte Touche Tohmatsu CPA, Ltd., et al.*, No. 13-cv-01094 (ER)

Dear Judge Ramos,

This firm represents Defendant Deloitte Touche Tohmatsu CPA, Ltd. ("DTTC") in the above-referenced matter. On Wednesday, October 22, 2014, DTTC will be filing its Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint. DTTC respectfully requests that the Court allow an additional five pages for each of the following memoranda, ordering expanded page limits as follows:

- DTTC's Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint: 30 pages;

- Plaintiffs' Brief in Reply to DTTC's Opposition and in Further Support of their Motion for Leave to File a Second Amended Complaint: 15 pages.

Plaintiffs' counsel have advised counsel for DTTC that Plaintiffs agree to the expanded page limits requested herein.

Respectfully submitted,

Gary Bendinger

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/20/2014

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX | BEIJING<br>BOSTON<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>GENEVA | HONG KONG<br>HOUSTON<br>LONDON<br>LOS ANGELES<br>NEW YORK<br>PALO ALTO | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
|---|---|---|---|

spruett@sidley.com
(212) 839 5647

FOUNDED 1866

## FACSIMILE TRANSMISSION FORM

Date: **October 20, 2014**　　　　　　No. of pages including cover sheet:　**2**

From: **Sarah E. Pruett**

SPECIAL INSTRUCTIONS:  IF <u>NOT USA</u> PLEASE INDICATE COUNTRY & CITY CODE NUMBER

### TRANSMISSION (BROADCAST) TO:

| NAME | COMPANY | FACSIMILE NUMBER | CONFIRMATION NUMBER |
|---|---|---|---|
| Hon. Edgardo Ramos<br>U.S. District Judge | U.S. District Court for the Southern District of New York | 212 805-7943 | 212 805-0294 |
| Amiad Moshe Kushner | Lowenstein Sandler LLP | 212 262-7402 | 646 414-6932 |
| Lawrence M. Rolnick | Lowenstein Sandler LLP | 973 597-2469 | 973 597-1468 |
| Sheila A. Sadighi | Lowenstein Sandler LLP | 973 597-2400 | 973 597-2500 |
| Thomas E. Redburn, Jr. | Lowenstein Sandler LLP | 973 597-2400 | 973 597-2500 |
| Jesse James | Hughes Hubbard & Reed LLP | 212 299-6534 | 212 837-6534 |
| Savvas Antonios Foukas | Hughes Hubbard & Reed LLP | 212 422-4726 | 212 837-6735 |
| William R. Maguire | Hughes Hubbard & Reed LLP | 212 299-6879 | 212 837-6000 |

COMMENTS

ACTIVE 204170019v.1

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

***Problems with this transmission should be reported to: (212) 839 5647***
This fax is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please notify us immediately and dispose of this fax.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.