UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
                                                            )
SPECIAL SITUATIONS FUND III QP, L.P., *et al.*,             )   Civil Action No. 1:13-cv-01094 (ER)
                                                            )
                                                            )   MOTION AND [PROPOSED] ORDER
            *Plaintiffs,*                                   )   OF WITHDRAWAL OF
                                                            )   APPEARANCE OF ELIZABETH L.
v.                                                          )   HOWE
                                                            )
DELOITTE TOUCHE TOHMATSU CPA, LTD.,                         )
*et al.*,                                                   )
                                                            )
                                                            )
            *Defendants.*                                   )
                                                            )
------------------------------------------------------------X

    Pursuant to Local Civil Rule 1.4, Defendant Deloitte Touche Tohmatsu CPA Ltd. ("DTTC"), by and through its counsel Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Elizabeth L. Howe as counsel on its behalf.  DTTC further requests that the email ehowe@sidley.com be removed from the ECF notification list for this case.

    Sidley Austin has represented DTTC through the pendency of this action and will continue to do so.  On December 20, 2013, Ms. Howe appeared *pro hac vice* in this action.  Ms. Howe is no longer associated with Sidley Austin and will not continue to represent DTTC in this action.  Ms. Howe's withdrawal will not affect the posture of this action.

Dated:  January 8, 2015                                         Respectfully Submitted,

                                                                                 /s/ *Gary F. Bendinger*
                                                                                  SIDLEY AUSTIN LLP
                                                                                  787 Seventh Avenue
                                                                                  New York, New York 10019
                                                                                  (212) 839-5300
                                                                                  (212) 839-5599 (facsimile)
                                                                                  Email:  gbendinger@sidley.com

Michael D. Warden, *pro hac vice*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (facsimile)
Email: mwarden@sidley.com

David A. Gordon, *pro hac vice*
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (facsimile)
Email: dgordon@sidley.com

*Attorneys for Deloitte Touche Tohmatsu CPA Ltd.*

Entered this \_\_\_\_ day of January, 2015

    SO ORDERED

_____

Honorable Edgardo Ramos
United States District Judge