MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/9/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            )
                                                            )  Civil Action No. 1:13-cv-01094 (ER)
SPECIAL SITUATIONS FUND III QP, L.P., et al.,               )
                                                            )  MOTION AND [PROPOSED] ORDER
                                    Plaintiffs,             )  OF WITHDRAWAL OF
                                                            )  APPEARANCE OF ELIZABETH L.
v.                                                          )  HOWE
                                                            )
DELOITTE TOUCHE TOHMATSU CPA, LTD.,                         )
et al.,                                                     )
                                                            )
                                                            )
                                                            )
                                    Defendants.             )
                                                            )
------------------------------------------------------------X

    Pursuant to Local Civil Rule 1.4, Defendant Deloitte Touche Tohmatsu CPA Ltd. ("DTTC"), by and through its counsel Sidley Austin LLP ("Sidley Austin"), respectfully requests the withdrawal of the appearance of Elizabeth L. Howe as counsel on its behalf. DTTC further requests that the email ehowe@sidley.com be removed from the ECF notification list for this case.

    Sidley Austin has represented DTTC through the pendency of this action and will continue to do so. On December 20, 2013, Ms. Howe appeared *pro hac vice* in this action. Ms. Howe is no longer associated with Sidley Austin and will not continue to represent DTTC in this action. Ms. Howe's withdrawal will not affect the posture of this action.

Dated: January 8, 2015                                        Respectfully Submitted,

                                                                        /s/ *Gary F. Bendinger*
                                                                        SIDLEY AUSTIN LLP
                                                                        787 Seventh Avenue
                                                                        New York, New York 10019
                                                                        (212) 839-5300
                                                                        (212) 839-5599 (facsimile)
                                                                        Email: gbendinger@sidley.com

        Michael D. Warden, *pro hac vice*
        SIDLEY AUSTIN LLP
        1501 K Street, N.W.
        Washington, DC 20005
        (202) 736-8000
        (202) 736-8711 (facsimile)
        Email: mwarden@sidley.com

        David A. Gordon, *pro hac vice*
        SIDLEY AUSTIN LLP
        One South Dearborn Street
        Chicago, IL 60603
        (312) 853-7000
        (312) 853-7036 (facsimile)
        Email: dgordon@sidley.com

        *Attorneys for Deloitte Touche Tohmatsu CPA Ltd.*

Entered this 9th day of January, 2015

    SO ORDERED

_____
Honorable Edgardo Ramos
United States District Judge