USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/29/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPECIAL SITUATIONS FUND III QP, L.P. et al.,

    Plaintiffs,

v.

DELOITTE TOUCHE TOHMATSU CPA, LTD. et al.,

    Defendants

No. 13-cv-01094 (ER)

Judge Edgardo Ramos

~~MOTION AND PROPOSED~~ ORDER OF WITHDRAWAL OF APPEARANCE OF JESSE JAMES

    Pursuant to Local Civil Rule 1.4, Defendant Deloitte & Touche LLP ("Deloitte U.S."), by and through its counsel Hughes Hubbard & Reed LLP ("Hughes Hubbard & Reed"), respectfully requests the withdrawal of the appearance of Jesse James as counsel on its behalf. Deloitte U.S. further requests that the email jamesj@hugheshubbard.com be removed from the ECF notification list for this case.

    Hughes Hubbard & Reed has represented Deloitte U.S. through the pendency of this action and will continue to do so. On June 6, 2013, Mr. James appeared in this action. As of January 30, 2015, Mr. James will no longer be associated with Hughes Hubbard & Reed and will not continue to represent Deloitte U.S. in this action. Mr. James's withdrawal will not affect the posture of this action.

Dated: New York, New York
       January 28, 2015

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ William R. Maguire
    William R. Maguire
    Savvas A. Foukas
    Jesse L. Jensen
One Battery Park Plaza
New York, New York 10004-1482
Tel: (212) 837-6000
Fax: (212) 422-4726
maguire@hugheshubbard.com

*Attorneys for Defendant*
*Deloitte & Touche LLP*

Entered this 29th day of January, 2015

SO ORDERED

_____

Honorable Edgardo Ramos
United States District Judge

#61621303_1