UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
SPECIAL SITUATIONS FUND III QP, L.P.;
SPECIAL SITUATIONS CAYMAN FUND, L.P.;
COLUMBIA PACIFIC OPPORTUNITY FUND,
L.P.; FIR TREE VALUE MASTER FUND, L.P.;
FIR TREE CAPITAL OPPORTUNITY MASTER
FUND, L.P.; LAKE UNION CAPITAL FUND
L.P.; LAKE UNION CAPITAL TE FUND L.P.;
ASHFORD CAPITAL MANAGEMENT, INC.; ZS
EDU L.P.; MRMP MANAGERS LLC; WHI
GROWTH FUND QP, LP; DOUGLAS N.
WOODRUM; ROBERT A. HORNE; HOWARD S.
BERL; BRIGHTLIGHT CAPITAL PARTNERS
LP; and TORTUS CAPITAL MASTER FUND, LP,

        Plaintiffs,

        v.

DELOITTE TOUCHE TOHMATSU CPA, LTD.;
DELOITTE & TOUCHE LLP; ANTONIO SENA;
JUSTIN TANG; YIN JIANPING; RICHARD XUE;
MICHAEL SANTOS, JOHN AND JANE DOES 1-
10; and ABC CORPS. 1-10,

        Defendants.
---------------------------------------------------------------------x

No. 1:13-cv-01094 (ER)

**ECF Case**
Document Electronically Filed

## **NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that the plaintiffs in this action, Special Situations Fund III QP, L.P.; Special Situations Cayman Fund, L.P.; Columbia Pacific Opportunity Fund, L.P.; Fir Tree Value Master Fund, L.P.; Fir Tree Capital Opportunity Master Fund, L.P.; Lake Union Capital Fund L.P.; Lake Union Capital TE Fund L.P.; Ashford Capital Management, Inc.; ZS Edu L.P.; MRMP Managers LLC; WHI Growth Fund QP, LP; Douglas N. Woodrum; Robert A. Horne; Howard S. Berl; Brightlight Capital Partners LP; and Tortus Capital Master Fund, LP, (collectively, "Plaintiffs"), hereby appeal to the United States Court of

Appeals for the Second Circuit from the Opinion and Order entered in this action on March 31, 2015 [Docket #63] denying Plaintiffs' motion for leave to file the Second Amended Complaint, and the prior Order entered in this action on July 21, 2014 [Docket #42] dismissing Plaintiffs' amended complaint as to defendants Deloitte & Touche LLP and Deloitte Touche Tohmatsu CPA, Ltd..

Dated:  May 29, 2015
New York, New York

**LOWENSTEIN SANDLER LLP**

By:/s/ Lawrence M. Rolnick
      Lawrence M. Rolnick
      1251 Avenue of the Americas
      New York, NY  10020

      -and-

      Sheila A. Sadighi (*admitted pro hac vice*)
      Thomas E. Redburn, Jr. (*admitted pro hac vice*)
      65 Livingston Avenue
      Roseland, NJ  07068

      *Attorneys for Plaintiffs*

TO:

Gary Bendinger
David Gordon
Michael Warden
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019
*Attorneys for Deloitte Touche Tohmatsu CPA, Ltd.*

Jesse Jensen
Savvas Foukas
William Maguire
**Hughes Hubbard & Reed LLP (NY)**
One Battery Park Plaza
New York, NY 10004
*Attorneys for Deloitte & Touche L.L.P.*

*Via ECF*