```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SPECIAL SITUATIONS FUND III QP, L.P.;         :
SPECIAL SITUATIONS CAYMAN FUND, L.P.;         :
COLUMBIA PACIFIC OPPORTUNITY FUND,            :
L.P.; FIR TREE VALUE MASTER FUND, L.P.;       :
FIR TREE CAPITAL OPPORTUNITY MASTER           :
FUND, L.P.; LAKE UNION CAPITAL FUND           :
L.P.; LAKE UNION CAPITAL TE FUND L.P.;        :
ASHFORD CAPITAL MANAGEMENT, INC.; ZS          :
EDU L.P.; MRMP MANAGERS LLC; WHI              :
GROWTH FUND QP, LP; DOUGLAS N.                :
WOODRUM; ROBERT A. HORNE; HOWARD S.           :
BERL; BRIGHTLIGHT CAPITAL PARTNERS            :
LP; and TORTUS CAPITAL MASTER FUND, LP,       :
                                              :
                      Plaintiffs,             :
                                              :
              v.                              :
                                              :
DELOITTE TOUCHE TOHMATSU CPA, LTD.;           :
DELOITTE & TOUCHE LLP; ANTONIO SENA;          :
JUSTIN TANG; YIN JIANPING; RICHARD XUE;       :
MICHAEL SANTOS, JOHN AND JANE DOES 1-         :
10; and ABC CORPS. 1-10,                      :
                                              :
                      Defendants.             :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2015

No. 1:13-cv-01094 (ER)

**ECF Case**
Document Electronically Filed

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE
INDIVIDUAL AND PSEUDONYMOUS DEFENDANTS ONLY**

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Special Situations Fund III QP, L.P.; Special Situations Cayman Fund, L.P.; Columbia Pacific Opportunity Fund, L.P.; Fir Tree Value Master Fund, L.P.; Fir Tree Capital Opportunity Master Fund, L.P.; Lake Union Capital Fund L.P.; Lake Union Capital TE Fund L.P.; Ashford Capital Management, Inc.; ZS Edu L.P.; MRMP Managers LLC; WHI Growth Fund QP, LP; Douglas N. Woodrum; Robert A. Horne; Howard S. Berl; Brightlight

Capital Partners LP; and Tortus Capital Master Fund, LP, (collectively, "Plaintiffs") , hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against defendants Antonio Sena, Justin Tang, Yin Jianping, Richard Xue, and Michael Santos (the "Individual Defendants") and is also voluntarily dismissed, with prejudice, as to defendants 1-10 John Does, 1-10 Jane Does, and ABC Corps 1-10 (the "Pseudonymous Defendants"), without costs to any party as against the other.

Plaintiffs' claims are voluntarily dismissed as to the Individual Defendants and the Pseudonymous Defendants only.

Dated:  May 29, 2015
New York, New York

**LOWENSTEIN SANDLER LLP**

By: /s/ Lawrence M. Rolnick
Lawrence M. Rolnick
1251 Avenue of the Americas
New York, NY  10020
Tel. 212.262.6700

-and-

Sheila A. Sadighi (*admitted pro hac vice*)
Thomas E. Redburn, Jr. (*admitted pro hac vice*)
65 Livingston Avenue
Roseland, NJ  07068

*Attorneys for Plaintiffs*

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 6/1/2015
New York, New York

2